# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 98-2152SD

———————

Judy V. Garren,                                    *
                                                   *
           Appellant,                      *
                                                   *
                                                   *  Appeal from the United States
    v.                                           *  District Court for the District
                                                   *  of South Dakota.
Kenneth S. Apfel, Commissioner of                  *
Social Security,                                   *        [UNPUBLISHED]
                                                   *
           Appellee.                       *

———————

Submitted:  March 11, 1999
Filed:  March 18, 1999

———————

Before FAGG and WOLLMAN, Circuit Judges, and WEBBER,[*] District Judge.

———————

PER CURIAM.

Judy V. Garren appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Garren disability insurance benefits. After careful review of the parties' briefs and the administrative record, we conclude substantial evidence supports the decision of the Commissioner that Garren is not disabled for social security purposes. Garren's appeal presents no novel issues to

———————

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, sitting by designation.

justify an extended discussion.  We thus affirm for the reasons stated in the district court's order and memorandum opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.